# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0706
L.T. Case No. 2026-11130-COCI

_____

KRISTELL MILES,

    Appellant,

    v.

RAHEEL TAYLOR and DERRICK
ELLISON,

    Appellees.

_____

On appeal from the County Court for Volusia County.
Bryan A. Feigenbaum, Judge.

Kristell Miles, Orlando, pro se.

No Appearance for Appellees.

June 16, 2026

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WALLIS, SOUD, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____